## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.  24-** |
| **v.** | : | **DATE FILED: January 25, 2024** |
| **ALPHA OMEGA MAYHUE** | : | **VIOLATIONS:** |
| | | **18 U.S.C. § 1028(f) (conspiracy** |
| | : | **to commit identity theft – 1 count)** |
| | | **42 U.S.C. § 408(a)(7)(B) (misuse of a** |
| | : | **social security number - 7 counts)** |
| | | **18 U.S.C. § 1028A (aggravated identity** |
| | : | **theft- 7 counts)** |
| | | **18 U.S.C. § 1001(a)(3) (false statements –** |
| | | **21 counts)** |
| | | **18 U.S.C. §§ 2261A(2)(B), 2261(b)(5)** |
| | : | **(cyberstalking - 1 count)** |
| | | **Notice of Forfeiture** |

### INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

### BACKGROUND

At all times material to this Indictment:

1.     Defendant ALPHA OMEGA MAYHUE was enlisted in the United States Army

from August 2, 2017 until his discharge on September 11, 2018.

2.     Defendant ALPHA OMEGA MAYHUE was a Human Resources Specialist

assigned to the Headquarters and Headquarters Battery, 1st Battalion, 94th Field Artillery Regiment,

Joint Base Lewis-McChord, Washington 98435.  As a Leave and Finance Clerk, defendant MAYHUE

had access to electronic databases and hard copy personnel files containing the personal identifiable information ("PII") and contact information for all individuals assigned to the unit.

3.      The Department of Veteran Affairs ("DVA") was an agency of the United States that provided health, education, disability, and financial benefits earned by Veterans of the United States Armed Forces.

4.      The Federal Trade Commission ("FTC") was an agency of the United States that served as a clearinghouse for identity theft reports reported by consumers.

5.      The Service Credit Union ("SCU") was a not-for-profit financial institution that was established to support military personnel and their families.  SCU provided banking services to its members.

6.      The Defense Finance and Accounting Service ("DFAS") managed compensation and military pay records.  DFAS paid all Department of Defense ("DoD") military and civilian personnel, retirees and annuitants, as well as major DoD contractors.  DFAS also operated myPay, which was an online portal that allowed users to access and make changes to their DoD pay allowances and entitlements, pay deductions, travel pay, and tax documents.

7.      From in or about February 2018 to on or about March 19, 2021, in the Eastern District of Pennsylvania, and elsewhere, the defendant,

**ALPHA OMEGA MAYHUE,**

conspired and agreed with others known and unknown (collectively, "co-conspirators") to the grand jury to commit offenses against the United States, that is, to knowingly possess and use, without lawful authority, a means of identification of another person with the intent to commit, and aid and abet, and in connection with, any unlawful activity that constitutes a violation of Federal law, in violation of Title

2

42, United States Code, Section 408(a)(7)(B), in violation of Title 18, United States Code, Section 1028(a)(7).

## MANNER AND MEANS

It was part of the conspiracy that:

8.      Defendant ALPHA OMEGA MAYHUE stole PII belonging to other service members ("victims") in the United States Army.  Defendant MAYHUE then provided the victims' PII to his co-conspirators.

9.      At the direction of defendant ALPHA OMEGA MAYHUE, co-conspirators placed telephone calls to DFAS, SCU, and the DVA while impersonating victims by using the victims' PII (including victims' social security numbers) and attempted to make changes to the victims' accounts with those entities.  Defendant MAYHUE orchestrated these actions to harass and intimidate the victims.

## OVERT ACTS

In furtherance of the conspiracy, defendant ALPHA OMEGA MAYHUE and co-conspirators committed the following overt acts in the Eastern District of Pennsylvania and elsewhere:

1.      On or about February 21, 2020, a co-conspirator, while impersonating T.H., called the DVA, provided the last four digits of T.H.'s social security number, requested a payout check to T.H. as opposed to direct deposit, and requested no future benefits for T.H.

2.      On or about February 28, 2020, a co-conspirator, while impersonating T.H., called the DVA, provided the last four digits of T.H.'s social security number as well as T.H.'s month and year of separation from the military, and requested to update T.H.'s method of payment from direct deposit to check.

3.      On or about March 1, 2020, defendant ALPHA OMEGA MAYHUE drafted two

3

typewritten letters impersonating T.H. by using T.H.'s social security number and emailed a letter to the DVA attempting to halt T.H.'s disability compensation payments from the DVA.

4.      On or about March 2, 2020, a co-conspirator, while impersonating T.H., called the DVA to inquire whether the DVA received the cancellation letter purportedly sent by T.H. The co-conspirator then requested a change to T.H.'s payment method and T.H.'s email address.

5.      On or about March 5, 2020, a co-conspirator, while impersonating T.H., called the DVA to inquire whether the DVA received the cancellation letter.

6.      On or about March 24, 2020, defendant ALPHA OMEGA MAYHUE drafted a typewritten letter, purportedly on behalf of T.H., using T.H.'s social security number, and emailed that letter to the DVA in an attempt to halt T.H.'s compensation payments from the DVA.

7.      On or about April 19, 2020, a co-conspirator, while impersonating M.F., called the SCU and provided M.F.'s PII in an attempt to falsely report M.F.'s debit card as stolen.

8.      On or about April 21, 2020, a co-conspirator, while impersonating M.F., twice called the SCU and provided M.F.'s PII in an attempt to falsely report M.F.'s debit card as stolen.

9.      On or about April 25, 2020, a co-conspirator, while impersonating M.F., called the SCU and provided M.F.'s PII in an attempt to falsely report M.F.'s debit card as stolen.

10.     From on or about June 9, 2020 to on or about July 11, 2020, a co-conspirator, while impersonating M.F., called the SCU five times and provided M.F.'s PII in an attempt to falsely report M.F.'s debit card as stolen and learn the balance amount on M.F.'s account.

11.     On or about June 10, 2020, a co-conspirator, while impersonating M.F., called DFAS and provided M.F.'s PII, falsely claimed M.F. did not receive his or her pay, and attempted to change M.F.'s banking information.

12.     On or about June 22, 2020, a co-conspirator, while impersonating M.F., called

DFAS, provided M.F.'s PII, and falsely claimed that M.F. did not receive M.F.'s pay.

13.     On or about July 2, 2020, a co-conspirator, while impersonating M.F., twice called DFAS and provided M.F.'s PII in an attempt to confirm M.F.'s account information.

14.     On or about July 8, 2020, a co-conspirator, while impersonating M.F., called DFAS and provided M.F.'s PII in an attempt to confirm M.F.'s account information.

15.     On or about October 22, 2020, a co-conspirator, while impersonating T.H., called the DVA and requested a change of T.H.'s mailing address and method of payment for T.H.'s disability compensation.

16.     In or about November 2020, a co-conspirator, while impersonating M.F., called the SCU in an attempt to falsely report M.F.'s debit card as stolen.

17.     On or about November 20, 2020, defendant ALPHA OMEGA MAYHUE drafted a typewritten letter purportedly on behalf of T.H. and emailed that letter to the DVA in an attempt to halt T.H.'s compensation payments from the DVA.

All in violation of Title 18, United States Code, Section 1028(f).

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about March 1, 2020, in the Eastern District of Pennsylvania, the defendant

**ALPHA OMEGA MAYHUE,**

for the purpose of obtaining for himself and any other person anything of value from any person, and for any other purpose, did, with intent to deceive, falsely represent a number to be the social security account number of T.H., known to the grand jury, assigned by the Commissioner of Social Security in a communication to the Department of Veteran Affairs, when in fact, such number was not the social security account number assigned by the Commissioner of Social Security to him.

All in violation of Title 42, United States Code, Section 408(a)(7)(B).

## COUNT THREE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about March 24, 2020, in the Eastern District of Pennsylvania, the defendant

**ALPHA OMEGA MAYHUE,**

for the purpose of obtaining for himself and any other person anything of value from any person, and for any other purpose, did, with intent to deceive, falsely represent a number to be the social security account number of T.H., known to the grand jury, assigned by the Commissioner of Social Security in a communication to the Department of Veteran Affairs, when in fact, such number was not the social security account number assigned by the Commissioner of Social Security to him.

All in violation of Title 42, United States Code, Section 408(a)(7)(B).

## COUNT FOUR

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about April 6, 2020, in the Eastern District of Pennsylvania, the defendant

### ALPHA OMEGA MAYHUE,

for the purpose of obtaining for himself and any other person anything of value from any person, and for any other purpose, did, with intent to deceive, falsely represent a number to be the social security account number of M.F., known to the grand jury, assigned by the Commissioner of Social Security in a communication to the Federal Trade Commission, when in fact, such number was not the social security account number assigned by the Commissioner of Social Security to him.

All in violation of Title 42, United States Code, Section 408(a)(7)(B).

8

## COUNT FIVE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about April 27, 2020, in the Eastern District of Pennsylvania, the defendant

**ALPHA OMEGA MAYHUE,**

For the purpose of obtaining for himself and any other person anything of value from any person, and for any other purpose, did, with intent to deceive, falsely represent a number to be the social security account number of T.H., known to the grand jury, assigned by the Commissioner of Social Security in a communication to the Federal Trade Commission, when in fact, such number was not the social security account number assigned by the Commissioner of Social Security to him.

All in violation of Title 42, United States Code, Section 408(a)(7)(B).

## COUNT SIX

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about July 19, 2020, in the Eastern District of Pennsylvania, the defendant

**ALPHA OMEGA MAYHUE,**

for the purpose of obtaining for himself and any other person anything of value from any person, and for any other purpose, did, with intent to deceive, falsely represent a number to be the social security account number of T.H., known to the grand jury, assigned by the Commissioner of Social Security in a communication to the Federal Trade Commission, when in fact, such number was not the social security account number assigned by the Commissioner of Social Security to him.

All in violation of Title 42, United States Code, Section 408(a)(7)(B).

## COUNT SEVEN

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about November 20, 2020, in the Eastern District of Pennsylvania, the defendant

**ALPHA OMEGA MAYHUE,**

for the purpose of obtaining for himself and any other person anything of value from any person, and for any other purpose, did, with intent to deceive, falsely represent a number to be the social security account number of T.H., known to the grand jury, assigned by the Commissioner of Social Security in a communication to the Department of Veteran Affairs, when in fact, such number was not the social security account number assigned by the Commissioner of Social Security to him.

All in violation of Title 42, United States Code, Section 408(a)(7)(B).

## **COUNT EIGHT**

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about December 9, 2020, in the Eastern District of Pennsylvania, the defendant

**ALPHA OMEGA MAYHUE,**

for the purpose of obtaining for himself and any other person anything of value from any person, and for

any other purpose, did, with intent to deceive, falsely represent a number to be the social security

account number of T.W., known to the grand jury, assigned by the Commissioner of Social Security in a

communication to the Federal Trade Commission, when in fact, such number was not the social security

account number assigned by the Commissioner of Social Security to him.

All in violation of Title 42, United States Code, Section 408(a)(7)(B).

## COUNT NINE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about March 1, 2020, in the Eastern District of Pennsylvania, the defendant

**ALPHA OMEGA MAYHUE,**

knowingly and without lawful authority, possessed and used, and aided and abetted the possession and use of, a means of identification of another person, that is, the name and social security number of T.H., known to the grand jury, during and in relation to a violation of 42 U.S.C. § 408(a)(7)(B).

All in violation of Title 18, United States Code, Section 1028A(a)(1).

## COUNT TEN

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about March 24, 2020, in the Eastern District of Pennsylvania, the defendant

**ALPHA OMEGA MAYHUE,**

knowingly and without lawful authority, possessed and used, and aided and abetted the possession and use of, a means of identification of another person, that is, the name and social security number of T.H., known to the grand jury, during and in relation to a violation of 42 U.S.C. § 408(a)(7)(B).

All in violation of Title 18, United States Code, Section 1028A(a)(1).

14

## COUNT ELEVEN

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about April 6, 2020, in the Eastern District of Pennsylvania, the defendant

**ALPHA OMEGA MAYHUE,**

knowingly and without lawful authority, possessed and used, and aided and abetted the possession and

use of, a means of identification of another person, that is, the name and social security number of M.F.,

known to the grand jury, during and in relation to a violation of 42 U.S.C. § 408(a)(7)(B).

All in violation of Title 18, United States Code, Section 1028A(a)(1).

15

## COUNT TWELVE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about April 27, 2020, in the Eastern District of Pennsylvania, the defendant

**ALPHA OMEGA MAYHUE,**

knowingly and without lawful authority, possessed and used, and aided and abetted the possession and

use of, a means of identification of another person, that is, the name and social security number of T.H.,

known to the grand jury, during and in relation to a violation of 42 U.S.C. § 408(a)(7)(B).

All in violation of Title 18, United States Code, Section 1028A(a)(1).

## COUNT THIRTEEN

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about July 19, 2020, in the Eastern District of Pennsylvania, the defendant

**ALPHA OMEGA MAYHUE,**

knowingly and without lawful authority, possessed and used, and aided and abetted the possession and

use of, a means of identification of another person, that is, the name and social security number of T.H.,

known to the grand jury, during and in relation to a violation of 42 U.S.C. § 408(a)(7)(B).

All in violation of Title 18, United States Code, Section 1028A(a)(1).

## COUNT FOURTEEN

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about November 20, 2020, in the Eastern District of Pennsylvania, the defendant

**ALPHA OMEGA MAYHUE,**

knowingly and without lawful authority, possessed and used, and aided and abetted the possession and

use of, a means of identification of another person, that is, the name and social security number of T.H.,

known to the grand jury, during and in relation to a violation of 42 U.S.C. § 408(a)(7)(B).

All in violation of Title 18, United States Code, Section 1028A(a)(1).

## COUNT FIFTEEN

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about December 9, 2020, in the Eastern District of Pennsylvania, the defendant

**ALPHA OMEGA MAYHUE,**

knowingly and without lawful authority, possessed and used, and aided and abetted the possession and

use of, a means of identification of another person, that is, the name and social security number of T.W.,

known to the grand jury, during and in relation to a violation of 42 U.S.C. § 408(a)(7)(B).

All in violation of Title 18, United States Code, Section 1028A(a)(1).

## COUNTS SIXTEEN THROUGH THIRTY-SIX

**THE GRAND JURY FURTHER CHARGES THAT:**

      On or about each of the dates listed below, in the Eastern District of Pennsylvania, the defendant

### ALPHA OMEGA MAYHUE,

in a matter within the jurisdiction of the Federal Trade Commission, an agency of the executive branch of the United States, knowingly and willfully made materially false, fictitious, and fraudulent statements and representations, in that defendant falsely represented himself as each of the victims listed below in online forms to claim that each of the victim's identities had been stolen with regard to each of the accounts listed below. These statements and representations were false because, as defendant MAYHUE then knew, he was falsely impersonating each of the victims.

      All in violation of Title 18, United States Code, Section 1001(a)(3).

| Count | Date | Victim | Type of Account |
|-------|------|--------|-----------------|
| 16 | February 18, 2020 | T.H. | USAA Auto Insurance, Sprint and Bank of America |
| 17 | February 29, 2020 | F.R. | Mortgage Loan |
| 18 | March 14, 2020 | T.H. | Turbotax |
| 19 | April 6, 2020 | M.F. | Verizon Wireless |
| 20 | April 22, 2020 | M.F. | Columbia Credit Union |
| 21 | April 23, 2020 | M.F. | Verizon Wireless |
| 22 | April 27, 2020 | T.H. | First Advantage |
| 23 | May 16, 2020 | T.H. | Uber, Walmart, Turbo and Green Dot Bank |
| 24 | May 20, 2020 | T.H. | Uber |
| 25 | May 29, 2020 | T.H. | Cash App, Square, Inc., Lincoln Savings Bank, and Sutton Bank |
| 26 | July 19, 2020 | T.H. | Doordash |
| 27 | October 11, 2020 | T.H. | Doordash, Lyft, Uber, and Grubhub |
| 28 | November 3, 2020 | F.R. | AT&T Mobile |
| 29 | November 18, 2020 | T.W. | Chime |
| 30 | November 25, 2020 | C.R. | Southern California Edison |
| 31 | November 27, 2020 | C.R. | Lending Club Corporation |
| 32 | December 2, 2020 | J.W. | Navy Federal Credit Union |
| 33 | December 2, 2020 | J.W. | JP Morgan Chase Bank |
| 34 | December 2, 2020 | J.W. | Affirm Inc. |
| 35 | December 9, 2020 | T.W. | Uber, Uber Eats, Doordash, Lyft, Grubhub, and Postmates |
| 36 | March 19, 2021 | M.F. | Military Star |

## COUNT THIRTY-SEVEN

**THE GRAND JURY FURTHER CHARGES THAT:**

From on or about August 21, 2020 to on or about October 11, 2020, in the Eastern District of Pennsylvania, defendant

**ALPHA OMEGA MAYHUE,**

with the intent to harass and intimidate another person, that is, T.H., used an interactive computer service, an electronic communication system, an electronic communication system of interstate commerce, and a facility of interstate commerce to engage in a course of conduct, including sending T.H. pornographic images of genitalia and sending electronic messages to T.H. that threatened T.H. with (a) breaking into T.H.'s residence and (b) subjecting T.H. to sexual acts, that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to T.H.

In violation of Title 18, United States Code, Sections 2261A(2)(B), and 2261(b)(5).

## NOTICE OF FORFEITURE

**THE GRAND JURY FURTHER CHARGES THAT:**

      1.    As a result of the violation of Title 18, United States Code, Section 1028, set forth in this indictment, defendant

### ALPHA OMEGA MAYHUE

shall forfeit to the United States of America:

      1.    An Alienware Laptop Computer ST: 51JJ7G3

      2.    An Alienware Desktop Computer: SN: 894D2G3

      3.    A Samsung Galaxy S10+

      All pursuant to Title 18, United States Code, Sections 982(a)(2)(B), 1028(b)(5) and 1028(h).

A TRUE BILL:

FOREPERSON

_____ /FOR

**JACQUELINE C. ROMERO**
**United States Attorney**

*No.* _ _ _ _ _ _ _ _ _ _

## UNITED STATES DISTRICT COURT

Eastern District of Pennsylvania

Criminal Division

THE UNITED STATES OF AMERICA

vs.

ALPHA OMEGA MAYHUE

INDICTMENT

Counts

18 U.S.C. § 1028(f) (conspiracy to commit identity theft – 1 count)
42 U.S.C. § 408(a)(7)(B) (misuse of a social security number - 7 counts)
18 U.S.C. § 1028A (aggravated identity theft- 7 counts)
18 U.S.C. § 1001(a)(3) (false statements – 21 counts)
18 U.S.C. §§ 2261A(2)(B), 2261(b)(5) (cyberstalking - 1 count)
Notice of forfeiture

Filed in open court this _____ day,
Of _____ A.D. 20 _____

Clerk

Bail, $ _____